# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| JONES III, JOHN E. | US COURT-MIDDLE DISTRICT OF PA | 05/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
|---|---|---|

**7. Chambers or Office Address**

228 WALNUT STREET
HARRISBURG, PA 17108

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | DIRECTOR | AUBURN GOLF CAR CO. INC. |
| 2. | DIRECTOR | BUNKER HILL GOLF COURSE (CORP) |
| 3. | DIRECTOR | FAIRVIEW GOLF COURSE INC. |
| 4. | DIRECTOR | HIDDEN VALLEY GOLF COURSE INC. |
| 5. | DIRECTOR | PAT MAR CO. INC. |
| 6. | DIRECTOR | PHOENIX CONTRACTING CO. (CORP) |
| 7. | DIRECTOR | WEDGEWOOD GOLF COURSE INC. |
| 8. | DIRECTOR | WILLOW HOLLOW GOLF COURSE INC. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | THE STATE EMPLOYEES RETIREMENT SYSTEM (PENNSYLVANIA) FORMER EMPLOYER - VESTED PENSION |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JONES III, JOHN E.** | 05/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BUNKER HILL GOLF COURSE INC. - FAMILY BUSINESS | | None | O | W | | | | | |
| 2. WILLOW HOLLOW GOLF COURSE INC. - FAMILY BUSINESS | | None | N | W | | | | | |
| 3. WEDGEWOOD GOLF COURSE INC. - FAMILY BUSINESS | | None | O | W | | | | | |
| 4. HIDDEN VALLEY GOLF COURSE INC. - FAMILY BUSINESS | | None | M | W | | | | | |
| 5. FAIRVIEW GOLF COURSE INC. - FAMILY BUSINESS | | None | N | W | | | | | |
| 6. AUBURN GOLF CAR CO. INC. - FAMILY BUSINESS | | None | K | W | | | | | |
| 7. PARKWAY ANTHRACITE INC. - FAMILY BUSINESS | | None | J | W | | | | | |
| 8. PAT MAR CO. INC. - FAMILY BUSINESS | | None | M | W | | | | | |
| 9. RIVERVIEW BANK - CHECKING | | None | K | T | | | | | |
| 10. LOAN RECEIVABLE - PHOENIX CONTRACTING | C | Interest | M | T | | | | | |
| 11. MRK COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 12. PEPSICO INC. - IRA | A | Dividend | K | T | | | | | |
| 13. VERIZON - COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 14. WELLS FARGO & CO - NEW - IRA | A | Dividend | | | Sold | 05/14/20 | J | | |
| 15. INTEL CORP - COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 16. MICROSOFT CORP - COMMON STOCK - IRA | A | Dividend | L | T | Sold (part) | 10/14/20 | J | C | |
| 17. WALT DISNEY CO | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. PHOENIX CONTRACTING - FAMILY BUSINESS | F | Dividend | J | W | | | | | |
| 19. AT&T INC - IRA | A | Dividend | J | T | | | | | |
| 20. JOHNSON AND JOHNSON - JNJ - IRA | A | Dividend | K | T | | | | | |
| 21. ABBVIE INC - IRA | B | Dividend | K | T | | | | | |
| 22. AMGEN - IRA | A | Dividend | K | T | | | | | |
| 23. APPLE INC - IRA | A | Dividend | L | T | | | | | |
| 24. BLACKROCK INC - IRA | A | Dividend | K | T | | | | | |
| 25. DOW - IRA | A | Dividend | K | T | | | | | |
| 26. JP MORGAN CHASE - IRA | B | Dividend | | | Sold | 05/14/20 | K | D | |
| 27. KLA CORP - IRA | A | Dividend | K | T | | | | | |
| 28. NEXTERA ENERGY INC - IRA | A | Dividend | L | T | | | | | |
| 29. TOTAL SESPON ADS - IRA | A | Dividend | J | T | | | | | |
| 30. RIVERVIEW BANK - SAVINGS ACCT | A | Interest | K | T | | | | | |
| 31. HOME DEPOT INC - IRA | A | Dividend | K | T | | | | | |
| 32. TRUIST BK DEP SWEEP - IRA | A | Interest | M | T | | | | | |
| 33. TRUIST BANK SWEEP - IRA 2 | A | Interest | J | T | | | | | |
| 34. TRUIST BANK SWEEP - IRA 3 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. AT&T | A | Dividend | J | T | | | | | |
| 36. ABBVIE INC | A | Dividend | J | T | Sold<br>(part) | 11/23/20 | J | A | |
| 37. AMGEN INC | A | Dividend | J | T | Sold<br>(part) | 12/09/20 | J | B | |
| 38. APPLE INC | A | Dividend | J | T | Sold<br>(part) | 08/07/20 | J | D | |
| 39. BLACKROCK INC | A | Dividend | J | T | Sold<br>(part) | 07/13/20 | J | B | |
| 40. DOW | A | Dividend | J | T | | | | | |
| 41. HOME DEPOT | A | Dividend | J | T | Sold<br>(part) | 08/06/20 | J | B | |
| 42. INTEL CORP | A | Dividend | J | T | Sold<br>(part) | 09/03/20 | J | B | |
| 43. JP MORGAN CHASE | A | Dividend | | | Sold | 05/19/20 | J | B | |
| 44. JOHNSON & JOHNSON | A | Dividend | J | T | Sold<br>(part) | 08/07/20 | J | A | |
| 45. KLA CORP | A | Dividend | J | T | Sold<br>(part) | 09/03/20 | J | C | |
| 46. MERCK & CO INC | A | Dividend | J | T | Sold<br>(part) | 09/03/20 | J | B | |
| 47. MICROSOFT CORP | A | Dividend | J | T | Sold<br>(part) | 09/30/20 | J | D | |
| 48. NEXTERA ENERGY | A | Dividend | J | T | Sold<br>(part) | 09/03/20 | J | C | |
| 49. PEPSICO INC | A | Dividend | J | T | Sold<br>(part) | 09/03/20 | J | B | |
| 50. TOTAL SESPONS. ADS | A | Dividend | J | T | | | | | |
| 51. VERIZON COMM | A | Dividend | J | T | Sold<br>(part) | 09/03/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. WELLS FARGO & CO NEW | A | Dividend | | | Sold | 05/14/20 | J | | |
| 53. TRUIST M/M AC | A | Interest | J | T | | | | | |
| 54. CME GROUP INC | A | Dividend | J | T | Sold (part) | 04/20/20 | J | A | |
| 55. CMS ENERGY | A | Dividend | J | T | Sold (part) | 08/06/20 | J | A | |
| 56. CISCO SYSTEMS | A | Dividend | | | Sold | 10/14/20 | J | B | |
| 57. CME GROUP INC IRA | A | Dividend | K | T | | | | | |
| 58. CMS ENERGY CORP IRA | A | Dividend | K | T | | | | | |
| 59. CISCO SYSTEMS IRA | A | Dividend | | | Sold | 10/14/20 | K | C | |
| 60. PRIMAL SPACE SYS INC | | None | L | W | | | | | |
| 61. EATON CORP PLC IRA | A | Dividend | K | T | | | | | |
| 62. CHEVRON CORP IRA | A | Dividend | J | T | | | | | |
| 63. CORNING INC IRA | A | Dividend | J | T | | | | | |
| 64. CROWN CASTLE INTL IRA | A | Dividend | K | T | | | | | |
| 65. DIGITAL REALTY TR. IRA | A | Dividend | K | T | | | | | |
| 66. FT UNIT 5986 HIGH INC. SER 19 IRA | E | Dividend | N | T | Sold (part) | 09/25/20 | K | | |
| 67. RAYTHEON IRA | A | Dividend | K | T | | | | | |
| 68. SCHUMBERGER IRA | A | Dividend | | | Sold | 03/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | 3 M COMPANY IRA | A | Dividend | J | T | | | | | |
| 70. | EATON CORP PLC | A | Dividend | J | T | Sold (part) | 09/03/20 | J | A | |
| 71. | CORNING INC. | A | Dividend | J | T | | | | | |
| 72. | CROWN CASTLE INTL | A | Dividend | J | T | Sold (part) | 06/05/20 | J | A | |
| 73. | DIGITAL REALTY TR INC. | A | Dividend | J | T | | | | | |
| 74. | RAYTHEON CORP. | A | Dividend | J | T | Sold (part) | 04/06/20 | J | A | |
| 75. | SCHLUMBERGER LTD. | A | Dividend | | | Sold | 03/13/20 | J | | |
| 76. | 3 M COMPANY | A | Dividend | | | Sold | 03/13/20 | J | | |
| 77. | CONTINUOUS PRECISION MEDICINE INC. | | None | J | W | | | | | |
| 78. | MERRILL LYNCH CMA A/C | A | Dividend | J | T | | | | | |
| 79. | CHEVRON CORP. | A | Dividend | J | T | Sold (part) | 02/15/20 | J | | |
| 80. | US BANCORP DEL | A | Dividend | J | T | Sold (part) | 12/09/20 | J | | |
| 81. | UNION PACIFIC | A | Dividend | J | T | Sold (part) | 11/23/20 | J | A | |
| 82. | AB LARGE CAP GROWTH - ML | A | Dividend | J | T | | | | | |
| 83. | ISHARES CORE S&P MID - CORP | A | Dividend | J | T | | | | | |
| 84. | DEVON ENERGY CORP - ML | A | Dividend | | | Sold | 07/06/20 | J | | |
| 85. | VANGUARD IDX S&P 500 IRA (2) | A | Dividend | L | T | Sold (part) | 09/08/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  ISHARES CORE S&P 500 ETF - IRA (3) | A | Dividend | K | T | Sold (part) | 01/21/20 | J | A | |
| 87.  ISHARES CORE MSCI EMERGING - IRA (3) | A | Dividend | J | T | Sold (part) | 04/16/20 | J | | |
| 88.  ISHARES TR EAFE SML CP IRA (3) | A | Dividend | J | T | Sold (part) | 04/06/20 | J | A | |
| 89.  ISHARES TR RUS MID CAP IRA (3) | A | Dividend | | | Sold | 10/05/20 | J | A | |
| 90.  ISHARES TR CORE MSCI EAFE IRA (3) | A | Dividend | J | T | Sold (part) | 10/05/20 | J | A | |
| 91.  ISHARES TR IBOXX HI YD ETF IRA (3) | A | Dividend | J | T | | | | | |
| 92.  ISHARES TR MBS IRA (3) | A | Dividend | J | T | Sold (part) | 10/05/20 | J | A | |
| 93.  ISHARES TR US TREAS BD IRA (3) | A | Dividend | J | T | Sold (part) | 10/05/20 | J | A | |
| 94.  UNITED PARCEL SERVICES | A | Dividend | J | T | | | | | |
| 95.  BROADCOM INC | A | Dividend | J | T | Sold (part) | 09/03/20 | J | A | |
| 96.  SYSCO CORP | A | Dividend | | | Sold | 03/26/20 | J | | |
| 97.  BROADCOM INC IRA | B | Dividend | K | T | | | | | |
| 98.  CV SCIENCES INC IRA | | None | J | T | | | | | |
| 99.  SYSCO CORP IRA | A | Dividend | | | Sold | 03/26/20 | J | | |
| 100.  UNION PACIFIC IRA | A | Dividend | K | T | | | | | |
| 101.  UNITED PARCEL SERVICES IRA | A | Dividend | J | T | | | | | |
| 102.  U.S. BANCORP DEL IRA | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. VANGUARD SM CAP VALUE IRA-2 | A | Dividend | J | T | | | | | |
| 104. LORD ABBETT FL RATE IRA-2 | A | Dividend | | | Sold | 01/21/20 | J | | |
| 105. FIRST TRUST NASDAQ 100 TECH IRA-2 | A | Dividend | J | T | Sold<br>(part) | 09/08/20 | J | A | |
| 106. INVESCO ETF TR II IRA-2 | A | Dividend | | | Sold | 01/21/20 | J | | |
| 107. ISHARES TIPS BOND ETF IRA-2 | A | Dividend | | | Sold | 01/21/20 | K | A | |
| 108. VANGUARD BD INDEX ST IRA-2 | A | Dividend | K | T | Sold<br>(part) | 03/05/20 | J | A | |
| 109. VANGUARD HEALTHCARE IRA-2 | A | Dividend | | | Sold | 06/08/20 | J | B | |
| 110. VANGUARD INT'L EQ INDEX FG IRA-2 | A | Dividend | J | T | | | | | |
| 111. CORTEVA INC. | A | Dividend | J | T | | | | | |
| 112. AMERICAN ELECTRIC POWER | A | Dividend | J | T | Sold<br>(part) | 12/09/20 | J | | |
| 113. BOEING | A | Dividend | | | Sold | 02/05/20 | J | | |
| 114. COMCAST CORP. NEW | A | Dividend | J | T | Sold<br>(part) | 12/09/20 | J | A | |
| 115. DUPONT DE NEMOURS | A | Dividend | J | T | | | | | |
| 116. HONEYWELL | A | Dividend | J | T | | | | | |
| 117. OUTFRONT MEDIA INC. | A | Dividend | | | Sold | 05/04/20 | J | | |
| 118. NOVORTIS A G SPON SARAT ADR | A | Dividend | J | T | Sold<br>(part) | 10/14/20 | J | A | |
| 119. TARGET | A | Dividend | J | T | Sold<br>(part) | 09/03/20 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. AMERICAN ELECTRIC POWER - IRA | A | Dividend | K | T | | | | | |
| 121. BOEING - IRA | A | Dividend | | | Sold | 02/03/20 | J | | |
| 122. COMCAST CORP. NEW - IRA | A | Dividend | K | T | | | | | |
| 123. CORTEVA - IRA | A | Dividend | J | T | | | | | |
| 124. DUPONT DE NEMOURS - IRA | A | Dividend | J | T | | | | | |
| 125. HONEYWELL - IRA | A | Dividend | J | T | | | | | |
| 126. NOVARTIS A G SPONSORED ADR - IRA | A | Dividend | K | T | | | | | |
| 127. OUTFRONT MEDIA INC. - IRA | A | Dividend | | | Sold | 05/14/20 | J | | |
| 128. TARGET - IRA | A | Dividend | K | T | | | | | |
| 129. ISHARES TR CORE DIV. GROWTH - IRA (3) | A | Dividend | | | Sold | 10/05/20 | J | A | |
| 130. ISHARES TR USD INV. GRADE - IRA (3) | A | Dividend | J | T | Buy<br>(add'l) | 10/05/20 | J | | |
| 131. VANGUARD INDEX FUNDS S&P 500 - IRA (4) | A | Dividend | K | T | Sold<br>(part) | 01/21/20 | J | | |
| 132. CARDINAL HEALTH | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 133. EMERSON ELECTRIC | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 134. EMERSON ELECTRIC | A | Dividend | | | Sold<br>(part) | 08/06/20 | J | | |
| 135. GENUINE PARTS | A | Dividend | J | T | Buy | 05/14/20 | J | | |
| 136. GENUINE PARTS | A | Dividend | | | Sold<br>(part) | 11/23/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  PROCTER & GAMBLE | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 138.  QUALCOMM INC. | A | Dividend | J | T | Buy | 10/14/20 | J | | |
| 139.  CARDINAL HEALTH - IRA | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 140.  EMERSON ELECTRIC - IRA | A | Dividend | J | T | Buy | 02/03/20 | J | | |
| 141.  GENUINE PARTS - IRA | A | Dividend | J | T | Buy | 05/14/20 | L | | |
| 142.  PROCTER & GAMBLE - IRA | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 143.  QUALCOMM INC. - IRA | A | Dividend | K | T | Buy | 10/14/20 | K | | |
| 144.  VANGUARD SCOTTSDALE | A | Dividend | | | Buy | 01/21/20 | K | | |
| 145.  VANGUARD SCOTTSDALE | A | Dividend | | | Sold | 06/04/20 | K | A | |
| 146.  TRUIST BANK SWEEP - IRA | A | Dividend | J | T | Buy | 01/21/20 | J | | |
| 147.  ISHARES S&P MIDCAP 400 INDEX IRA 3 | A | Dividend | J | T | Buy | 04/06/20 | J | | |
| 148.  ISHARES EAFE GROWTH IRA 3 | A | Dividend | J | T | Buy | 04/06/20 | J | | |
| 149.  VANGUARD RUSSELL 1000 GROWTH IRA 5 | A | Dividend | J | T | Buy | 04/06/20 | J | | |
| 150.  ISHARES 1-5 YEARS IRA 3 | A | Dividend | | | Buy | 04/06/20 | J | | |
| 151.  ISHARES 1-5 YEARS IRA 3 | A | Dividend | | | Sold | 10/05/20 | J | A | |
| 152.  ISHARES GOLD TRUST IRA 3 | A | Dividend | J | T | Buy | 10/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - NAME CHANGE
   SUNBANK BECAME TRUIST BANK

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ JOHN E. JONES III

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544